# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CLARK, | No. 2:17-cv-2574-GEB-GGH |
| Petitioner, | |
| v. | ORDER |
| RAYTHEL FISHER, JR., | |
| Respondent. | |

Petitioner is proceeding with this habeas matter pro se and in forma pauperis ["IFP"]. On December 8, 2017 petitioner fie his first Motion to Proceed IFP, ECF No. 2, and that Motion was granted and IFP status afforded to petitioner on December 27, 2017. ECF No. 8. On January 5, 2018 petitioner filed a second Motion to Proceed IFP, ECF No. 11, which is a superfluous filing insofar as that status has already been granted.

In light of the foregoing IT IS HEREBY ORDERED that:

1. Petitioner's Motion to Proceed IFP dated 1/5/18 is superfluous;
2. The Clerk of the Court shall vacate the notification on ECF No. 11 that this motion is pending.

**IT IS SO ORDERED.**

Dated: February 7, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE