UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CLARK,<br><br>    Petitioner,<br><br>v.<br><br>RAYTHEL FISHER, JR.,<br><br>    Respondent. | No. 2:17-cv-02574-TLN-GGH<br><br><br>ORDER |

On February 23, 2018, respondent filed a motion to dismiss this petition for habeas corpus. ECF No. 17. On March 12, 2018 petitioner sought an extension of time for his response to this Motion and indicated his intent to do so with the motion for stay and abatement. ECF No. 19. On March 21, 2018 petitioner filed that motion. ECF No. 21. Respondent now seeks a 30 day extension of time to file an Opposition or a Statement of Non-Opposition to petitioner's Motion for Stay and Abatement to July 11, 2018. ECF No. 23.

The court has reviewed the request and finds good cause for the request.

IT IS HEREBY ORDERED that:

1.    Respondent shall file his Opposition or Statement of Non-Opposition to petitioner's motion for stay and abeyance on or before July 11, 2018.

////

////

1

1.     2.     This Order resolves ECF No. 23.

Dated: June 12, 2018

                                             /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE