UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CLARK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYTHEL FISHER, JR..<br><br>　　　　　Respondent. | No. 2:17-cv-02574-TLN-GGH<br><br>ORDER |

Petitioner, appearing pro se and in forma pauperis in this habeas action, seeks a 30 day extension of time to Reply to Respondent's Opposition to his Motion for Stay and Abeyance. ECF No. 25. The court has reviewed petitioner's request, and seeing good cause supporting it, will grant the motion.

In light of the foregoing IT IS HEREBY ORDERED that:

Petitioner shall have to and including August 28, 2018, to file a Reply Memorandum responding to respondent's opposition to petitioner's motion for stay and abeyance.

Dated: August 2, 2018

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1