UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


JAKE CLARK,                                    No. 2:17-cv-02574-TLN-GGH

            Petitioner,

      v.                                       ORDER

RAYTHEL FISHER, JR., Warden, Valley
State Prison,

            Respondent.


      Petitioner has filed a motion for a 10 day extension of time to file a Reply to respondent's

Opposition to his motion for Stay and Abeyance. This will be the second extension that petitioner

has filed for but, the court will provide this one more extension. Any further extension will

require a showing of exceptional grounds in support of any such request.

      In light of the foregoing IT IS HEREBY ORDERED that:

      Petitioner shall have 10 days from the date of this Order to file his Reply to petitioner's

Opposition to petitioner's Stay and Abeyance request.

Dated: September 14, 2018

                                    /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE