UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CLARK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYTHEL FISHER, JR.,<br><br>　　　　Respondent. | No. 2:17-cv-02574 TLN GGH P<br><br><br>ORDER |

Petitioner has requested an extension of time to file his second amended petition. ECF No. 36. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 36) is granted in part; and

2. Petitioner shall file his second amended complaint within thirty days from the date of this order.

Dated: March 28, 2019

　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE