UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE CLARK,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RAYTHEL FISHER, JR.,<br><br>　　　　　　Respondent. | No. 2:17-cv-02574 TLN GGH P<br><br><br>ORDER TO SHOW CAUSE |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 6, 2019, petitioner filed his first amended petition for a writ of habeas corpus. ECF No. 34. On February 22, 2019, the court granted petitioner thirty days to file an amended petition in compliance with the court's instructions. ECF No. 35. Petitioner has failed to file his amended petition within the requisite deadline.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal Rule of Civil Procedure 41(b). The filing of an amended petition within this timeframe will serve as cause and will discharge this order.

Dated: May 3, 2019

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1